# UNITED STATES BANKRUPTCY COURT
District of New Jersey

| | | |
|---|---|---|
| In re: | Chapter: | 11 |
| LTL Management LLC | Case Number: | 21-30589 |
| | Civil Number: | |
| | Adversary Number: | |
| | Bankruptcy Judge: | KAPLAN |

AMENDED

**TRANSMITTAL OF DOCUMENT(S) TO:**
☒ **DISTRICT COURT**   ☐ **CIRCUIT COURT OF APPEALS**

The following items have been filed with our office, and are being transmitted:

☒ Notice of Appeal   ☒ Order being Appealed   ☐ Designation of Record on Appeal

☐ Statement of Issues   ☐ Transcript   ☐ Transcript Ordered On: _____

☐ Motion for Leave to Appeal   ☐ Certification of Failure to File Designation   ☐ Motion to Withdraw the Reference

☒ Other  Clerk's Certificate of Service  and #1572 Opinion _____

---

If a Notice of Appeal is being transmitted:

The Notice of Appeal was filed in our office on  March 10, 2022                    .  The parties to the appeal are:

| | | | |
|---|---|---|---|
| Appellant(s): | The Official Committee of Talc Claimants  I | Appellee(s): | LTL Management LLC |
| Attorney: | Genova Burns LLC | Attorney: | Wollmuth Maher & Deutsch LLP |
| Address: | 110 Allen Road, Suite 304 | Address: | 500 Fifth Avenue |
| | Basking Ridge, NJ 07920 | | New York, NY 10110 |

Title of Order Appealed: _____

Date Entered On Docket:   2/25/2022 (#1572 Opinion) and 3/2/2022 (#1603 Order Denying Motion to Dismiss) _____

☒   An appeal has not previously been filed in this case.

☐   The following list contains information regarding all appeals previously filed in this case:

| District Court Case Number | District Court Judge Assigned | Date of Transmission of Record to District Court |
|---|---|---|
| 22-cv-01280 | Judge Freda L. Wolfson | March 9, 2022 |
| 22-cv-01289 | Judge Freda L. Wolfson | March 10, 2022 |
| 22-cv-01303 | Judge Freda L. Wolfson | March 10, 2022 |

Court Clerk: Please complete the information below and return a copy of this form to _____ within 3 days.

Your Court's Case Number: _____   Judge assigned: _____

By: _____   Date: _____

*rev. 8/28/17*